CRIMINAL DOCKET · U.S. District Court

| | | Assigned | | U.S. | (LAST, FIRST, MIDDLE) | | Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO | 0975 | 1 | 7509 | ☐ WRIT ☐ JUVENILE ☐ ALIAS | VS. | MERINO, THOMAS | 01 | 27 | 93 | 93 00157 HMF 02 | |
| Misd. | | | 7509 | | | a/k/a "Michael Cohen" | | | | | |
| Felony | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | a/k/a "Joe Irish" | 2 | Def's | U.S. MAG CASE NO | | |

ACK

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. N.G. | NOL. |
|---|---|---|---|---|
| 18:1073 | Unlawful Flight To Avoid Prosecution  CTS 3,4 (02/02/87 - 08/28/89, 02/26/90 - 01/30/92 ) | 2 | X | |

SUPERSEDING COUNTS

**II. KEY DATE**

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

| KEY DATE EARLIEST OF | | KEY DATE APPLICABLE | | KEY DATE | | KEY DATE APPLICABLE |
|---|---|---|---|---|---|---|
| | ☐ arrest ☐ summons ☐ custody ☐ appears on complaint | 01-27-93 | Indictment ☐ Filed/unsealed consent to Magtr. trial on complaint ☐ Information ☐ Felony W/waiver | 02-03-93 | 1st appears on pending charge / R40 | 04-21-93 |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|
| 02-03-93 | 02-03-93 | | | | 04-21-93 | 09-07-93 | |

**III. MAGISTRATE**

| | | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | ☐ Issued ☐ Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| Summons | ☐ Issued ☐ Served | | | PRELIMINARY EXAMINATION ☐ Date Scheduled ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | REMOVAL HEARING ☐ Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| ☐ COMPLAINT | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| Date of Arrest | | OFFENSE (In Complaint) | | ☐ INTERVENING INDICTMENT | | |

Show last names and suffix numbers of other defendants on same indictment/information:

(01) Merino, W., (02) Merino, T.

**ATTORNEYS**

RULE: 20 21 40 In Out

U.S. Attorney or Asst.
DANIEL A. BENT
by Craig H. Nakamura, Asst. U.S. Atty.

Defense: 1 ☒ CJA. 2 ☐ Ret. 3 ☐ Waived 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

SUZANNE TERADA
345 Queen St. #700
Honolulu, Hawaii 96813
ph: 533-0011

**BAIL · RELEASE**

PRE INDICTMENT

| Release Date | |
|---|---|
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other |
| ☐ Bail Not Made | |
| Date Bond Made | |

POST-INDICTMENT

| Release Date | |
|---|---|
| Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other |
| ☐ Bail Not Made | |
| Date Bond Made | |

OCT 5 1993

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | | | Docket No. | MASTER DOCKET · MULTIPLE DEFENDANT CASE | PAGE 1 OF | VI. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT NO. | | 93 93 00157 HMF 02 | | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date / End Date | (a) Code | Total Days |

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| 1993 | | | |
|---|---|---|---|
| Jan 27 | 1 | EP:  INDICTMENT - writ to be issued (Judith Powers) YAMASHITA | |
| | 2 | ORDER Of Recusal                                            YAMASHITA<br>  USMJ Yamashita - **recused**      cc: BMK, Nakamura, ctroom dep | |
| 29 | 3 | Application and ORDER For Writ of Habeas Corpus Ad Prosequendum<br>                                        KURREN | |
| | 4 | Writ of habeas Corpus Ad Prosequendum -<br>    [Thomas Merino - 02-03-93] | |
| Feb 2 | 5 | Motion to Detain Defendants Without Bail; Memorandum in Support<br>    of Motion; Exhibits "A" to "N" | |
| 3 | 6 | EP:  A&P - defts. presented. Defts. sworn to financial  affidavit.<br>    Oral M/Court Appt. Atty Granted. Arrn. waived.  Pleas<br>    of Not Guilty entered.  Dates given: JS/JT: 04-06-93 @<br>    9, HMF. Final PT Conference: 03-15-93 @ 10:30, BMK.  Motions<br>    02-24-93.  Response 03-10-93.  M/Detain Granted.  Defts.<br>    found a danger to community and flight risk.  Nakamura<br>    to prepare order.  Defts. to be held in federal custody<br>    pending resolutions of the case.  Craig Nakamura; Mary<br>    Wilkowski & Suzanne Terada present.   (TC) KURREN | |
| | 7 | Financial Affidavit                         KURREN | |
| | 8 | APPOINTMENT V#0414897 - SUZANNE T. TERADA, Esq.<br>    $4,229.74 - 2/28/94 - FONG  BROWNING | |
| Mar 1 | 9 | ORDER Granting Government's Motion to Detain Defendants Without<br>    Bail                                  KURREN | |
| 5 | 10 | Notice of Hearing; [03-30-93 @ 10:30 a.m. (Kurren)]; Defendant's<br>    Motion for Change of Venue; Declaration of Counsel;<br>    Memorandum in Support of Motion; Certificate of Service | |
| 15 | 11 | EO:  Final Pretrial Conference contd. from 03-15-93 to 03-18-93<br>    @ 10:30, BMK.  Nakamura to notify parties.  KURREN | |
| 16 | 12 | ORDER of Designation to a Magistrate -<br>    Defendant's Motion for Change of Venue - (Kurren)  FONG | |
| 17 | 13 | ORDER of Designation to a Magistrate -<br>    Government's Motion to Continue Trial and to Exclude<br>    (Kurren)                             FONG | |
| | 14 | Notice of Motion; [03-18-93 @ 10:30 a.m. (Kurren)]; Motion<br>    to Continue Trial and to Exclude Time Under The Speedy<br>    Trial Act; Declaration of Counsel; Certificate of Service | |
| 18 | 15 | EP:  Final Pretrial; M/Continue Trial - Defendants presence<br>    waived.  M/Continue Trial - granted.  New jury trial<br>    07-27-93 at 9:00 Fong.  Final pretrial conference 07-12-93<br>    at 10:30 FIY.  Defts. mos due: 06-03-93.  Govt. response<br>    due: 06-03-93.  Govt. response due: 06-24-93.  Govt.<br>    to prepare order excluding time.  M/Change of Venue set<br>    03-30-93 has been moved to 04-12-93 at 10:30.  BMK.<br>    Craig Nakamura; (1) Mary Wilkowski; (2) Suzanne Terada<br>    present.                            (ESR) KURREN | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MERINO, THOMAS

AO 256A

page 2
CR 93-00157 HMF 02
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1993**<br>Mar 23 | 16 | Notice of Motion; [04-12-93 @ 10:30 a.m. (Kurren)]; Defendant William Merino's Joinder in Defendant Thomas Merino's Motion for Change of Venue; Certificate of Service | | | | |
| 31 | 17 | ORDER Granting Motions to Continue Trial and to Exclude Time Under the Speedy Trial Act - Trial contd. from 04-06-93 to 07-27-93 @ 9:00 a.m.  FPT contd. to 07-12-93 @ 10:30 a.m.  Deft. M/due: 06-03-93. Govt. Response due: 06-24-93.  Time from 04-06-93 through 07-27-93 is exlcudalbe under the Speedy Trial Act 18:3161(h)(8)(A).                          KURREN | 04-06-93<br>07-26-93 | T | | 112 |
| Apr 7 | 18 | United States' Memorandum in Opposition to Defendants' Motion for Change of Venue; Certificate of Service | | | | |
| 12 | 19 | EP:  M/Change of Venue - deft. William Merino's presence waived, deft.  Thomas Merino present.  M/Change of Venue - Denied w/o prejudice.  Nakamura to prepare order. Nakamura; Wilkowsky & Terada present.                 (ESR) KURREN | | | | |
| 20 | 20 | EO:  Hearing on Motion for Withdrawal of Not Guilty Plea and to Plead Anew is set for April 21, 1993 @ 4:30 p.m. cc: USPO, USM, Judge Fong's chambers.      FONG | | | | |
| | 21 | Application Regarding Custody  **SEALED** | | | | |
| 21 | 22 | EP:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Questioned.  Defendant sworn.  Questioned.  Advised of right to trial by jury, etc., and the maximum penalty provided by law.  Questioned.  Mr. Nakamura recited the government's evidence against the defendant.  Further questioned.  Guilty pleas entered to Counts 3 and 4 of the Indictment.  Referred for presentence investigation and report and sentencing is set for August 9, 1993 @ 1:30 p.m.  Detention order contd.  (No plea agreement) Nakamura & Terada present.            (TC) FONG | | | | |
| | 23 | United States' Statement Regarding Defendant Thomas Merino's Guilty Pleas - Certificate of Service | | | | |
| | 24 | ORDER Regarding Custody - **SEALED**            KURREN | | | | |
| 23 | 25 | ORDER Denying Defendants' Motion for Change of Venue -KURREN | | | | |
| Jul 14 | 26 | EO:  Sentencing to Counts 1 & 4 originally scheduled for Monday, August 9, 1993 at 1:30 p.m. continued to Tuesday, September 7, 1993 at 3:00 p.m. before the Honorable Harold M. Fong.  Suzanne Terada to prepare Stipulation. cc: USM; USPO.                  FONG | | | | |

- **See Next Page** -

Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days

UNITED STATES DISTRICT COURT                                        page 3
CRIMINAL DOCKET                     MERINO, THOMAS              CR 93-00157 HMF 02
     AO 256A                   aka "Michael Cohen"; "Joe Irish"

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1993** | | | | | | |
| Jul 28 | 27 | Stipulation to Continue Sentencing and ORDER - Cont. from 08-09-93 to 09-0 7-93 @ 3:00 p.m. before Judge Fong.                            FONG | | | | |
| 29 | 28 | ORDER Granting Limited Hospital Visits        FONG | | | | |
| Aug 11 | 29 | Response and Objections to Presentence Report; Exhibit "A" - "B"; Certificate of Service | | | | |
| | 30 | Government's Sentencing Statement **SEALED** | | | | |
| 30 | 31 | Notice of Motion; [09-07-93 @ 3:00 p.m. (Fong)]; Motion for Downward Departure; Memorandum in Support of Motion; Declaration of Counsel; and Certificate of Service | | | | |
| | 32 | Government's Sentencing Memorandum; Exhibits A through C; Certificate of Service              **SEALED** | | | | |
| Sept 7 | 33 | Government's Memorandum In Opposition To Defendant's Motion For Downward Departure | | | | |
| | 34 | EP:  SENTENCING To Counts 3 & 4 of the INDICTMENT - Nakamura, Terada. Deft present. Court adopts the statements & the findings in the pre-sentence report. Deft's M/downward Departure - **DENIED** Deft addresses the court. SENTENCING - Impr as to CT 3 & 4 - 52 months. Sentence imposed in CT 4 to run conc w/ sentence imposed in CT 3.  Fed impr sentence to run consecutively w/ state impr. Sup Rel as to CT 3 & 4 - 3 yrs. Sentence imposed in CT 4 to run conc w/ sentence imposed in CT 3. Spec Conds: 1) Deft not commit any crimes Fed, state or local 2) Deft not possess any illegal controlled substance; 3) Deft not use any alias names, dates of birth or soc security numbers; 4) Deft not be allowed to travel outside the state of sup Spec Mon Assess - $ 50.00 as to each count No fine imposed MITTIMUS forthwith Deft to be given credit for time served Deft adv of his right to appeal Court rec - prison facility at Sheridan, Oregon (Tina Stuhr) FONG | | | | |
| 14 | 35 | JUDGMENT In A Criminal Case                    FONG | | | | |
| 15 | 36 | **NOTICE OF APPEAL** [Deft. appeal of conviction & sentence] Certificate of Service            **(CA93-10587)** | | | | |
| 17 | 37 | Suzanne T. Terada's Ex Parte Motion to Withdraw as Counsel For Defendant Thomas Merino; Declaration of Counsel; Certificate of Service                FONG | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

MERINO, THOMAS
aka "Michael Cohen"; "Joe Irish"

page 4
CR 93-00157 HMF 02

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|------|
| | (Document No.) | (a) (b) (c) (d) |
| **1993**<br>Sep 20    38 | **ORDER for Time Schedule - RT to be ordered by 10/06/93; RT to be filed by 11/05/93; Aplt's opening brief to be filed by 12/15/93; Aple's brief to be filed by 01/14/94; Reply brief (if any) to be filed by 01/28/94 - cc: Clerk, 9CCA; all counsel** | |
| Oct 8    39 | Presentence Report - Filed Under Seal & Returned to USPO | |
| 40 | Sentencing Recommendation - Filed Under Seal & Returned to USPO | |
| *6    41 | Transcript Designation and Ordering Form -<br>    Terrence Chun: 04-21-93<br>    Tina Stuhr: 09-07-93 | |
| | <u>EO:</u>  V0576850 appointing John Ashford Thompson transmitted<br>    to 9CCA by S. Puli, Mag Secty to Mag Judge KURREN | |
| Nov 18 | Transcript of Proceedings - pgs. 31 - 04-21-92 - Terrence Chun | |
| Dec 6 | Transcript of Proceedings - pgs. 55 - 09-07-93 - Tina M. Stuhr | |
| 10    42 | Authorization and Voucher for Payment of Transcript -<br>    V#2240300491 - $87.00 - Terrence Chun  - <u>FONG</u> | |
| 15    43 | Authorization and Voucher for Payment of Transcript -<br>    V#2240300563 - $165.00 - Brooke Anderson - <u>FONG</u> | |
| **1994**<br>Jan 31    44 | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | |
| Feb 8    45 | Return on Judgment executed on 1/26/94 | |
| 15    46 | Return on Judgment executed on 01/26/94 | |
| Mar 11 | **Original Record Sent to 9CCA** | |
| Nov 4 | <u>EO:</u>  Replacement Voucher V0576850 appointing John Ashford Thompson<br>    transmitted to 9CCA (voucher to be pd by 9CCA) | |
| **1995**<br>Feb 21    47 | JUDGMENT - 9CCA (Affirmed - CA: 93-10587) | |
| Mar 30 | Return of Records from 9CCA:<br>    1 Vol. Clerk's File<br>    2 Vol. RT<br>    4 Docs Sealed | |
| **1997**<br>Oct 6    48 | CASE REASSIGNMENT - Case reassigned to Judge Kay Re: Probation<br>    request | |
| **1999**<br>***cont to next page*** | | |

| | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

PG 5

UNITED STATES DISTRICT COURT          MERINO, THOMAS          CR 93-00157 ACK 02
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1999 | | | | | | |
| Apr 6 | 49 | Request for Course of Action (Statement of Alleged Violations of Supervised Release)  BW Ordered - No Bail   KAY | | | | |
| | 50 | BW issued | | | | |
| 9 | 51 | EP: Order to Show Cause Why Supervised Release Should Not be Revoked:  Deft present with counsel Richard Gronna; Arguments heard; Order to Show Cause Why Supervised Release should not be Revoked continued to Monday, May 3, 1999 at 3:00 p.m.; Ordered that deft continue to be detained; Court finds that deft is a flight risk and danger to the community; Thomas Merino, USA Atty Craig Nakamura, Gene DeMello, Richard Gronna, James Pallett (special appearance only) present (Ct Rptr: Cynthia Tando)  by Judge Kay | | | | |
| | 52 | BW returned executed by USMS | | | | |
| | 53 | NOTICE on Order to Show Cause Why Supervised Release Should not be Revoked set 4/9/99 @ 2:00 before Judge Kay; cc: Craig Nakamura, Richard Gronna, Gene Demello, USMS | | | | |
| 27 | 54 | Supplemental Reuest for Course of Action (Statement of Alleged Violations of Supervised Release          KAY | | | | |
| 30 | 55 | Government's Memorandum Regarding Revocation of Defendant's Supervised Release; Exhibits A - E  [SEALED] | | | | |
| May 3 | 56 | EP: Further Hearing on Roder to Show Cause Why Supervised Release Should not be revoked: Defendant present with counsel Richard Gronna. Alleged supplemental violations read to defendant. Affidavit of J. Homer Thomasson admitted. Government proffered the governments evidence against the defendant. Defendant accepts governments proffer. Court finds that the defendant has established by clear and convincing evidence each of the five alleged violations, wherein fact committed by the defendant. Defendant has admitted to the probation officer that he violated each one of the charges, and the Court finds that essential elements of each charge has been established and specifically with respect to charges #4 and #4. Sentence: Imprisonment 24 months. advised of rights to appeal. Recommendation: FCI, Phoenix, Arizona. Mittimus: Forthwith. Craig Nakamura, Gene DeMello, Richard Gronna present.  (Steve Platt) KAY | | | | |
| 11 | 57 | Judgment in a Criminal Case          KAY | | | | |

Interval
(per Section II)     Start Date     Ltr. Total
End Date      Code Days